David Gottlieb et al., Trading as D. Gottlieb and Company, Appellees, v. Aridor Company, Appellant.

Gen. No. 43,225.

588

opinion filed January 8, 1945; released for publication January 29, 1945. Taylor, Miller, Busch & Boyden, for appellant; Charles R. Sprowl and Paul Oberndorf, of counsel; McInerney, Epstein & Arvey, for appellees; Louis M. Mantynband, George L. Siegel and Melvin A. Garretson, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.